# EXHIBIT A

Danielle Ruiz



# EXHIBIT B




Instagram Search

Jessica Killings

**fulano6one7** • Follow
Candibar Boston

**fulano6one7** Attention!!! Enjoy this 4 day weekend by coming to #CandiBarNightclub #Tonight! Cover is $20 at the door $15 on the NSB guestlist. To get on the #NSBEvents guestlist simply text 857.869.3800 ASAP!! #WeAreTheNightScene #WeAreBostonNightlife #WeAreTheBostonSocialScene #EnjoyYourLife #CandiBar #CandiBarBoston

245w

6 likes

MAY 24, 2015

Add a comment... Post

# EXHIBIT C





Instagram

stiloentertainment • Follow

stiloentertainment #Repost @hvrveyromero with @repostapp.
・・・
Tonight! Meet me at Candibar Boston 275 Tremont st. I'm rocking the side room alongside the homie @djscrap617 playing top 40 music. @djronsta and @djgeorgietemptation rocking the main room playing the latest in Latin music. Hit up 617-970-0127 for table reservations and guest list. #fusionfridays #candibarboston

229w

♡ ♡ ⊿

60 likes
SEPTEMBER 11, 2015

Add a comment...

hvrveyromero

https://www.instagram.com/p/7gjHX5FBwM/

# Tiffany Toth



**stiloentertainment**

**stiloentertainment** #Repost @hvrveyromero with @repostapp.

Tonight! Meet me at Candibar Boston 275 Tremont st. I'm rocking the side room alongside the homie @djscrap617 playing top 40 music. @djronsta and @djgeorgietemptation rocking the main room playing the latest in Latin music. Hit up 617-970-0127 for table reservations and guest list. #fusionfridays #candibarboston

229w

60 likes
SEPTEMBER 11, 2015

Add a comment...